00-00111
Cincinnati
Deott REC

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

05-4603

JUL 5 /007

William K. Suter
Clerk of the Court
(202) 479-3011

June 29, 2007

LEONARD

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**FILED**

JUL - 9 2007

LEONARD GREEN, Clerk

1:00 - CR - 111 SJD

Re:  Gregory Gallatin
     v. United States
     No. 06-10048
     (Your No. 05-4603)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk